IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RICHARD H. BENINATO, MDOC #118522                                         PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 1:06cv88WJG-JMR

HARRISON COUNTY ADULT
DETENTION FACILITY, *et al*.                                             DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice for Plaintiff's failure to prosecute.

SO ORDERED AND ADJUDGED, this the 27th day of September, 2006.

              *Walter J. Gex III*
             UNITED STATES SENIOR DISTRICT JUDGE